[No. 15269-6-I. Division One. June 16, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN HENRY MALONE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-01279-6, Shannon Wetherall Hardy, J., entered August 17, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse, J., and Johnsen, J. Pro Tem.

[No. 13939-8-I. Division One. June 16, 1986.]

SNOHOMISH COUNTY, *Appellant,* v. LARRY PHILLIPS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-2-02958-9, John E. Rutter, Jr., J., entered October 5, 1984. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Williams and Coleman, JJ.

[No. 7685-3-II. Division Three. June 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS R. HINKLE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00330-8, Terence Hanley, J., entered March 16, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[Nos. 8001-0-II; 8052-4-II. Division Three. June 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD ELMER MARSTON, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Cowlitz County, No. 84-1-00021-7, Alan R. Hallowell, J., entered July 24, 1984. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.